GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL EANNI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC; CLARITY SERVICES, INC.; BLUESTEM BRANDS, INC.; UPGRADE, INC. and DUVERA BILLING SERICES, INC,<br><br>　　　　Defendants. | Case No. 2:25-cv-01304-JCM-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S TO FILE ANSWER**<br><br>**FIRST REQUEST** |

　　　　Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from August 15, 2025 through and including **September 15, 2025**.  The request was made by NCTUE so that it can have an opportunity to

/ /

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 15th day of August, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By:  /s/*Gia N. Marina* | /s/ *Gerardo Avalos* |
| Gia N, Marina | George Haines, Esq. |
| 1700 South Pavilion Center Drive, Suite 500 | Nevada Bar No. 9411 |
| Las Vegas, Nevada  89135 | Gerardo Avalos |
| Telephone:  (702) 862-8300 | Nevada Bar No. 15171 |
| Facsimile:  (702) 778-9709 | FREEDOM LAW GROUP |
| Email: gmarina@clarkhill.com | 8985 S. Eastern Ave., Suite 350 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Henderson, NV 89123 |
| | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | Email: ghaines@freedomlegalteam.com |
| | Email: gavalos@freedomlegalteam.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  August 19, 2025

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 15th day of August, 2025, via CM/ECF, upon all counsel of record:

By: /s/ *Nicholas DiMattei, Jr.*
An Employee of CLARK HILL PLLC