George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Samuel Eanni*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Samuel Eanni,<br><br>            Plaintiff,<br>       v.<br><br>Equifax Information Services LLC; Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Bluestem Brands, Inc.; Upgrade, Inc. and Duvera Billing Services, LLC,<br><br>            Defendants. | Case No.: 2:25-cv-01304<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

_____

STIPULATION                    - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Samuel Eanni and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 12, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Samuel Eanni*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:___January 15, 2026_____

---

STIPULATION                    - 2 -